Ira Jagger, Respondent, *v.* Dennis G. Littlefield, Appellant.

(Argued April 13, 1880; decided June 1, 1880.)

Decided upon the facts in the case.

*Edward F. Bullard*, for appellant.

*I. Lawson*, for respondent.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.